[No. 34777-6-II.  Division Two.  July 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TITUS DION PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03896-4, Thomas P. Larkin, J., entered March 10, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 34798-9-II.  Division Two.  July 24, 2007.]

PAUL W. POST ET AL., *Appellants*, v. THE CITY OF TACOMA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-08528-0, Frank Cuthbertson, J., entered March 13, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 34885-3-II.  Division Two.  July 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED JOHN TAISACAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03923-1, John R. Hickman, J., entered May 12, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 35545-1-II.  Division Two.  .July 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN EDWARD ROACH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-05119-5, Brian M. Tollefson, J., entered February 10, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.